PROB 12B
ED AR (12/2012)

# United States District Court

### for the

### Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 7 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing Is Attached)*

Name of Offender:  Robert Childs Hartje                 Case Number:  4:98CR00250-01 BRW

Name of Sentencing Judicial Officer:     Honorable Billy Roy Wilson, Jr.
United States District Judge

Original Offense:     Counts 1-3: Distribution of Methamphetamine
Count 4: Possession of a Firearm by a User of Controlled Substances
Count 5: Conspiracy to Distribute and Possess With Intent to Distribute
Methamphetamine

Date of Sentence:     May 18, 2000

Original Sentence:    210 months Bureau of Prisons, all counts to run concurrently, followed by 3 years
supervised release, drug treatment and testing, DNA, alcohol abstinence, $100
special penalty assessment.

On November 27, 2001: Mr. Hartje's conditions were modified to include a $500
special penalty assessment.

Type of          Supervised      Date Supervision Commenced: May 9, 2014
Supervision:     Release         Date Supervision Expires:  May 8, 2017

U.S. Probation Officer:       Asst. U.S.                      Defense
Richard A. McCauley, Jr.      Attorney:  John Ray White       Attorney:  To be determined

## PETITIONING THE COURT

☐     To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒     To modify the conditions of supervision as follows:

**The defendant shall participate in a program of mental health treatment as directed by the
probation officer, until such time as the defendant is released from the program by the probation
officer.**

### CAUSE

The U.S. Probation Office is requesting Mr. Hartje's conditions of supervision be modified to include mental
health treatment. On May 14, 2014, the offender reported to the United States Probation Officer and disclosed
that he was suffering from anxiety related to being institutionalized. A review of his presentence report revealed
that Mr. Hartje had disclosed mental health issues prior to incarceration. Accordingly, it is respectfully

Prob 12B                                    -2-                          Request for Modifying the
                                                                   Conditions or Terms of Supervision
                                                                       with Consent of the Offender

Name of Offender:  Robert Childs Hartje                    Case Number:  4:98CR00250-01 BRW

recommended that Mr. Hartje's conditions of supervised release be modified to include mental health
counseling.  Mr. Hartje agreed to the modification and voluntarily signed the U.S. Probation Form 49, which is
being tendered to the Court for consideration.


Richard A. McCauley, Jr.                          John Ray White
U.S. Probation Officer                            Assistant U.S. Attorney

Date: May 27, 2014                                Date:  05/30/14


Approved:


Supervising U.S. Probation Officer

_____

This form is to be filed with Criminal Docketing as a motion.

_____


THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☒  The Modification of Conditions as Noted Above
☐  Other


                                                  Signature of Judicial Officer

                                                  8-27-14

                                                  Date


This form is to be filed with Criminal Docketing as an order and/or petition.


c:  Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203